AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

MICHAEL-STEVE COX,

    Plaintiff,

V.

SORICH, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:16-cv-00591-MMD-VPC**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to pay the $400.00 filing fee in compliance with this Court's October 14, 2016, order (ECF No. 3).

  November 21, 2016                              **LANCE S. WILSON**
                                                   Clerk

                                                   /s/ D. R. Morgan
                                                   Deputy Clerk